IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE RAO INSTITUTE, LLC, a Florida
Limited Liability Company, and
SRIKUMAR S. RAO, Ph.D.,
Individually,

        Plaintiffs,

vs.                               CASE NO. 8:12-CV-2445-T-26 EAJ

FORTUNE FEATURES, INC.
a California Corporation, and
KOUROSH ESMAILZADEH,
individually,

        Defendants.
_____)

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, THE RAO INSTITUTE LLC, a Florida Limited Liability Company, and SRIKUMAR S. RAO, Ph.D., by and through their undersigned counsel, hereby dismisses the above-styled matter without prejudice, each party to bear its own costs.

                                                          */s/ Frank R. Jakes*
                                                          FRANK R. JAKES, FBN 372226
                                                          E-Mail: frankj@jpfirm.com
                                                          ALEKSAS A. BARAUSKAS, FBN 0068175
                                                          E-Mail: aleksasb@jpfirm.com
                                                          JOHNSON, POPE, BOKOR, RUPPEL
                                                            & BURNS, LLP
                                                          403 E. Madison Street, 4th Floor
                                                          Tampa, FL 33602
                                                          Tel: (813) 225-2500
                                                          Fax: (813) 223-7118
                                                          Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 16, 2012, I filed the foregoing using the CM/ECF electronic filing system, and served a copy by U.S. Mail and E-Mail on Kourosh Esmailzadeh, Fortune Features, Inc., 11938 Mayfield Avenue, Suite 3, Los Angeles, California 90049.

/s/ Frank R. Jakes
FRANK R. JAKES, FBN 372226
E-Mail: frankj@jpfirm.com
ALEKSAS A. BARAUSKAS, FBN 0068175
E-Mail: aleksasb@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL
 & BURNS, LLP
403 E. Madison Street, 4th Floor
Tampa, FL  33602
Tel: (813) 225-2500
Fax: (813) 223-7118

1156506